1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBBIE J. WILLIAMS,  Plaintiff,  v.  MICHAEL J. ASTRUE, Commissioner of Social Security,  Defendant. | CASE NO.    C07-5162KLS  ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

DATED this 13th day of April, 2007.

/s/ Karen L. Strombom

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1